Craig Lawrence, et al.

                Plaintiff,

v.

City of Chicago, et al.

                Defendant.

Case No.: 1:11–cv–00067

Honorable James B. Zagel


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 30, 2013:

      MINUTE entry before Honorable James B. Zagel: Status and motion hearing held. Defendants' Motion for Summary Judgment with respect to Sergeant Maher is granted and Defendants' Motion for Summary Judgment with respect to Defendant Jose Marquez is denied. Enter Memorandum Opinion and Order. Status hearing set for 7/2/13 at 9:15 a.m. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.