IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Hinojosa | ) | |
|     Plaintiff, | ) | Case No: 11cv67 |
| | ) | |
| v. | ) | |
| | ) | Judge: James B. Zagel |
| City of Chicago et al | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER

Jury trial held on 11/7/13. Jury returns verdict in favor of Plaintiff as to Defendant Escobedo, Defendant Garcia and Defendant Martinez with respect to Plaintiff's false arrest claim. Jury returns verdict against Plaintiff as to Defendant Escobedo, Defendant Garcia and Defendant Martinez with respect to Plaintiff's failure to intervene to prevent the false arrest claim. Jury returns verdict against Plaintiff as to Defendant Escobedo, Defendant Garcia, Defendant Martinez and Defendant Marquez with respect to Plaintiff's claim of civil conspiracy to falsely arrest Plaintiff. Plaintiff is entitled to total compensatory damages in the amount of $50,600.00 and punitive damages in the amount of $1500.00 as to Defendant Escobedo, $500.00 as to Defendant Garcia and $1,000.00 as to Defendant Martinez. Judgment is entered on the verdict. All pending motions are moot. Civil case terminated.

(9:30)

Date: 11/7/2013                                                        /s/ James B. Zagel